**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DANIEL DIEMERT,**[1] | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:26-cv-00639** |
| **v.** | ) | |
| | ) | **Judge Trauger** |
| **CHAD YOUKER,** | ) | **Magistrate Judge Holmes** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Daniel Diemert, a pre-trial detainee in the custody of the Williamson County Jail in Franklin, Tennessee, purportedly[2] filed a pro se complaint under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc to 2000cc-5, *inter alia*, concerning the removal of his Bible and other religions materials. (Doc. No. 1). He also purportedly[3] filed an Application for Leave to Proceed In Forma Pauperis ("IFP Application") (Doc. No. 2).

By Order entered on May 31, 2026, the court informed Plaintiff that, within 30 days of the date of entry of the Order, he must submit a certified copy of his inmate trust fund account statement for the 6-month period immediately preceding the filing of his complaint as required by 28 U.S.C.§ 1915(a)(2) and a statement of his transactions over the past six months. (Doc. No. 5).

---

[1] Plaintiff did not provide his inmate identification number on his complaint.

[2] The court received the complaint in an envelope identifying the sender as Robert Gordon. (Doc. No. 1 at 12).

[3] The court received the IFP Application in an envelope identifying the sender as Robert Gordon. (Doc. No. 2 at 4).

The court received the required statement in an envelope identifying the sender as Robert Gordon, another inmate of the Williamson County Jail known to the court. (Doc. No. 6). The envelope also contained a cover letter and a Proposed 285 Form and Summons. (*Id*.) Both appear to be in Gordon's handwriting.

In a Motion for Sanctions filed by Defendant Youker in another case involving the purported Williamson County Jail Bible Ban, Youker provided affidavit testimony that Robert Gordon has prepared, signed, and filed documents on behalf of multiple Williamson County Jail inmates without their knowledge or permission. (*See Robert Gordon v. Chad Youker*, Case No. 3:26-cv-46, Doc. No. 36, Motion for Sanctions). In addition, the court has received letters from Williamson County Jail inmates in which they informed the court that Robert Gordon appears to have filed at least one court document without their knowledge or permission. (*See, e.g., Cody Wiggins v. Chad Youker*, Case No. 3:26-cv-457, Doc. Nos. 6-7; *James S. Dalton v. Chad Youker*, Case No. 3:25-cv-524, Doc. No. 24).

Given Youker's affidavit testimony, the letters received by inmates Wiggins and Dalton, and the omission of Diemert's inmate identification number on the complaint, and considering that all documents filed in this case appear to have been written at least in part in Gordon's handwriting and the envelopes in which they were mailed bear the return address of Gordon, the court must ensure that Daniel Diemert is aware of this action, has personally reviewed the complaint in this case, and desires to prosecute this action.

Thus, before the court moves forward, Daniel Diemert must submit the following Declaration to the court within 30 days of the date of entry of this Order:

I hereby declare under penalty of perjury that I have personally reviewed and signed the complaint in this case. I further declare that, pursuant to Rule 11 of the Federal Rules of Civil

Procedure, I believe I have a valid legal claim, I am not filing this document for an improper purpose (such as to harass someone), and my claims are supported by evidence or likely will have evidentiary support after a reasonable opportunity for investigation.

Signature: ___________________________ Date Signed: ___________________

If the court does not receive the signed and dated Declaration by Daniel Diemert by the deadline, the court will dismiss this action without prejudice, and no filing fees will be assessed against Diemert.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge